| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BOWEN, DUDLEY H. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>06/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>P O BOX 2106<br>AUGUSTA, GEORGIA 30903 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, It is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

# I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  DIRECTOR | FEDERAL JUDGES ASSOCIATION, 111 WEST WASHINGTON ST, SUITE 1100, CHICAGO, ILL. 60602 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE REPORT OFFICE  2010 JUN 16  A 9: 02  RECEIVED

Bowen, Dudley H.

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION | May, 2009 | Washington, DC | Bd of Directors Mtg FJA | Airfare, Meals, Local Transp, Tips |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. MBIA, Inc | A | Dividend | K | T | | | | | |
| 3. Emerson Electric | A | Dividend | | | Sold | 10/06/09 | K | A | |
| 4. FISERV, Inc | A | Dividend | | | Sold | 08/26/09 | K | B | |
| 5. McGraw Hill Cos | A | Dividend | | | Sold | 10/06/09 | K | A | |
| 6. Marathon Oil | A | Dividend | | | Sold | 10/06/09 | K | A | |
| 7. Air Tran Holdings | A | Dividend | | | Buy | 10/27/09 | J | | |
| 8. Air Tran Holdings | A | Dividend | | | Sold | 12/03/09 | J | A | |
| 9. Aqua America | A | Dividend | | | Buy | 08/28/09 | K | | |
| 10. Aqua America | A | Dividend | | | Sold | 09/26/09 | K | A | |
| 11. Regions Financial | A | Dividend | | | Buy | 08/06/09 | J | | |
| 12. Regions Financial | A | Dividend | | | Sold | 11/18/09 | J | A | |
| 13. Cousins Properties | A | Dividend | | | Buy | 08/26/09 | J | | |
| 14. Cousins Properties | A | Dividend | | | Sold | 10/06/09 | J | A | |
| 15. Microsoft | A | Dividend | | | Buy | 01/05/09 | K | | |
| 16. Microsoft | A | Dividend | | | Sold | 08/05/09 | K | A | |
| 17. Thor Industries | A | Dividend | | | Buy | 01/05/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Thor Industries | A | Dividend | | | Sold | 08/03/09 | J | A | |
| 19. General Maritime New F | A | Dividend | J | T | Buy | 12/14/09 | J | | |
| 20. Citigroup | A | Dividend | K | T | Buy | 12/14/09 | K | | |
| 21. Pimco Total Return Fund | B | Dividend | L | T | Buy | 12/14/09 | L | | |
| 22. General Electric | A | Dividend | J | T | Buy | 01/05/09 | J | | |
| 23. Federated Adj Gwth Govt Fund | B | Dividend | K | T | Buy | 01/05/09 | K | | |
| 24. Dynegy Inc | A | Dividend | J | T | Buy | 02/02/09 | J | | |
| 25. AMERITRADE ACCOUNT | | | | | | | | | |
| 26. WAHLCO ENVIRO SYSTEMS COM STK | A | Dividend | J | T | | | | | |
| 27. Merrill Lynch Pfd | A | Dividend | J | T | | | | | |
| 28. Pengrowth Energy | A | Dividend | K | T | | | | | |
| 29. Helios Adv Inc Fd -name change RMK | B | Dividend | J | T | | | | | |
| 30. AMERITRADE CASH ACCOUNT | A | Interest | J | T | | | | | |
| 31. BUILDERS DESIGNS INC COM STK | A | None | J | T | | | | | |
| 32. AMER ON LINE COM STK | A | Dividend | J | T | | | | | |
| 33. CIT GROUP COM STK | A | Dividend | J | T | | | | | |
| 34. INTEL COM STK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ABN AMRO/VERDUS AGG GWTH FUND | A | Dividend | L | T | | | | | |
| 36. EXXON MOBIL COM STK | A | Dividend | K | T | | | | | |
| 37. DUPONT E I DE NEMOUR & CO COM STK | A | Dividend | J | T | | | | | |
| 38. WACHOVIA CORP NEW COM STK | A | Dividend | J | T | | | | | |
| 39. Dreyfus Hi Yld Strategy Fund | A | Dividend | J | T | Sold (part) | 12/01/09 | J | A | |
| 40. Credit Suisse Hi Yld | A | Dividend | J | T | | | | | |
| 41. Charles Schwab Money Market | B | Dividend | J | T | | | | | |
| 42. Cousins Properties | A | Dividend | | | Buy | 08/05/09 | J | | |
| 43. Cousins Properties | A | Dividend | | | Sold | 09/09/09 | J | A | |
| 44. Microsoft | A | Dividend | | | Buy | 01/02/09 | J | | |
| 45. Microsoft | A | Dividend | | | Sold | 08/04/09 | J | A | |
| 46. Pengrowth Energy Tr F | A | Dividend | | | Buy | 01/02/09 | J | | |
| 47. Pengrowth Energy Tr F | A | Dividend | | | Sold | 10/05/09 | J | A | |
| 48. Citigroup | A | Dividend | J | T | Buy | 12/14/09 | J | | |
| 49. Ridgeworth U S Gov | A | Dividend | J | T | Buy | 10/13/09 | J | | |
| 50. Airtran Holdings | A | Dividend | | | Buy | 10/21/09 | K | | |
| 51. Airtran Holdings | A | Dividend | | | Sold | 12/03/09 | K | A | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| BOWEN, DUDLEY H. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cousins Properties | A | Dividend | | | Buy | 08/10/09 | K | | |
| 53. Cousins Properties | A | Dividend | | | Sold | 09/08/09 | K | A | |
| 54. Aqua America | A | Dividend | | | Buy | 08/28/09 | K | | |
| 55. Aqua America | A | Dividend | | . | Sold | 09/16/09 | K | A | |
| 56. Regions Financial | A | Dividend | | | Buy | 08/05/09 | J | | |
| 57. Regions Financial | A | Dividend | | | Sold | 11/18/09 | J | A | |
| 58. Extreme Networks | A | Dividend | | | Buy | 10/21/09 | J | | |
| 59. Extreme Networks | A | Dividend | | | Sold | 12/22/09 | J | B | |
| 60. CBL & Assoc Reit | A | Dividend | | | Buy | 07/08/09 | J | | |
| 61. CBL & Assoc Reit | A | Dividend | | | Sold | 08/05/09 | J | D | |
| 62. Archer Daniels Midland | A | Dividend | | | Buy | 01/02/09 | J | | |
| 63. Archer Daniel Midland | A | Dividend | | | Sold | 08/03/09 | J | A | |
| 64. Gen Maritime Corp | A | Dividend | | | Buy | 10/13/09 | J | | |
| 65. Gen Maritime Corp | A | Dividend | | | Sold | 12/14/09 | J | B | |
| 66. Microsoft | A | Dividend | | | Buy | 01/02/09 | J | | |
| 67. Microsoft | A | Dividend | | | Sold | 07/23/09 | J | A | |
| 68. General Electric | A | Dividend | J | T | Buy | 02/10/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. General Electric | A | Dividend | | | Sold (part) | 07/23/09 | J | A | |
| 70. Nokia | A | Dividend | K | T | Buy | 08/04/09 | K | | |
| 71. Nokia | A | Dividend | | | Sold (part) | 09/14/09 | K | B | |
| 72. Oneok Partners | A | Distribution | | | Buy | 01/14/09 | K | | |
| 73. Oneok Partners | A | Distribution | | | Sold | 07/23/09 | K | A | |
| 74. Magellan Midstream | A | Dividend | | | Buy | 01/14/09 | K | | |
| 75. Magellan Midsteam | A | Dividend | | | Sold | 07/23/09 | K | A | |
| 76. Halliburton Co | A | Dividend | | | Buy | 01/14/09 | K | | |
| 77. Halliburton Co | A | Dividend | | | Sold | 07/23/09 | K | A | |
| 78. Citigroup | A | Dividend | J | T | Buy | 12/14/09 | J | | |
| 79. Ridgeworth US Gov | A | Dividend | K | T | Buy | 10/13/09 | K | | |
| 80. Pimco Tot Return Fd | B | Dividend | K | T | Buy | 10/13/09 | K | | |
| 81. Southern Co | A | Dividend | K | T | Buy | 08/05/09 | K | | |
| 82. Fed Adj Rate Sec Inst Fund (FEUGX) | A | Dividend | K | T | Buy | 10/13/09 | K | | |
| 83. Pengrowth Energy Tr | A | Distribution | K | T | Buy | 03/11/09 | K | | |
| 84. OTHER INV/TRUSTS | | | | | | | | | |
| 85. ABN AMRO VERDX MCGFX FUNDS (ALLEGHANY) | D | Dividend | M | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. E I DUPONT - DRIP | A | Dividend | J | T | | | | | |
| 87. GA BK & TR MONEY MKT ACCOUNT | B | Interest | M | T | | | | | |
| 88. GA BK & TR SVG ACCT. | A | Interest | K | T | | | | | |
| 89. TIAA-CREF MUTUAL FUND | A | Dividend | L | T | | | | | |
| 90. CSRA FED CR UNION | A | Interest | J | T | | | | | |
| 91. TRUST PROMISSORY NOTE | | None | K | T | | | | | |
| 92. REAL PROPERTY, MCCORMICK CNTY, SC | D | Distribution | J | W | | | | | |
| 93. BARCLAYS MONEY MKT ACCOUNT | B | Interest | J | T | | | | | |
| 94. ATLANTIC AMER COM STK | | None | J | T | | | | | |
| 95. REGIONS BANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 96. Charles Schwab IRA #2 | | | | | | | | | |
| 97. IDH STOCK | A | Dividend | J | T | | | | | |
| 98. Merrill Lynch Pfd | A | Dividend | K | T | | | | | |
| 99. Vanguard Gwth Fd | A | Dividend | K | T | | | | | |
| 100. CHARLES SCHWAB FORMERLY T ROWE PRICE | | | | | | | | | |
| 101. MOTOROLA | A | Dividend | J | T | | | | | |
| 102. LUCENT | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2) U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. XEROX | A | Dividend | J | T | | | | | |
| 104. GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 105. SCHWAB MONEY MKT ACCOUNT | A | Interest | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. KINDER MORGAN INC (KMI) | A | Distribution | | | Sold | 07/23/09 | J | A | |
| 108. KINDER MORGAN INC | A | Distribution | J | T | | | | | |
| 109. PLAINS ALL AMER PIPELINE (PAA) | A | Distribution | | | Sold | 07/23/09 | K | B | |
| 110. SUBURBAN PROPANE (SPH) | A | Distribution | | | Sold | 07/23/09 | K | B | |
| 111. NORTHERN BORDERS PTNERS (NBP) | A | Distribution | K | T | | | | | |
| 112. NORTHERN BORDERS PTNERS (NBP) | A | Distribution | J | T | | | | | |
| 113. FERRELL GAS PTNERS (FGP) | A | Distribution | | | Sold | 07/23/09 | K | B | |
| 114. KINDER MORGAN PARTNERS (KMP) | A | Distribution | | | Sold | 07/23/09 | K | B | |
| 115. ENBRIDGE ENERGY (EEP) | A | Distribution | | | Sold | 07/23/09 | K | B | |
| 116. ENBRIDGE ENERGY (EEP) | A | Distribution | | | Sold | 07/23/09 | K | B | |
| 117. ENTERPRISE PROD PTNERS (EPD) | A | Distribution | | | Sold | 07/23/09 | K | B | |
| 118. ENTERPRISE PROC PTNERS (EPD) | A | Distribution | | | Sold | 07/23/09 | K | B | |
| 119. ENERGY TRANSFER EQUITY (ETE) | A | Distribution | | | Sold | 07/23/09 | J | A | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY IL | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Realty Income Corp REIT | B | Dividend | | | Sold | 07/23/09 | K | A | |
| 121. Trust Charles Schwab | | | | | | | | | |
| 122. Fedx Corp | B | Dividend | | | Sold | 08/28/09 | K | A | |
| 123. Bank of America | B | Dividend | | | Sold | 08/28/09 | J | A | |
| 124. Johnson & Johnson | B | Dividend | | | Sold | 11/23/09 | K | A | |
| 125. Lowes Companies | B | Dividend | | | Sold | 09/09/09 | K | A | |
| 126. Willis Group Holdings | A | Dividend | K | T | | | | | |
| 127. Commercial Metals | A | Dividend | | | Sold | 09/09/09 | K | A | |
| 128. Mylan Inc | B | Dividend | | | Sold | 09/09/09 | K | A | |
| 129. Aqua America | A | Dividend | | | Buy | 08/10/09 | K | | |
| 130. Aqua America | A | Dividend | | | Sold | 09/16/09 | K | A | |
| 131. Cousins Properties | A | Dividend | | | Buy | 08/05/09 | J | | |
| 132. Cousins Properties | A | Dividend | | | Sold | 09/09/09 | J | A | |
| 133. Fed Adj Rate Inst Sec (FEUGX) | B | Dividend | L | T | Buy | 10/13/09 | L | | |
| 134. Sch Adv Cash Res (SWZXX) | A | Dividend | | | Buy | 07/27/09 | L | | |
| 135. Sch Adv Cash Res (SWZXX) | A | Dividend | | | Sold | 10/14/09 | L | B | |
| 136. T Rowe Price Eq | A | Dividend | | | Buy | 01/02/09 | K | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. T Rowe Price Eq | A | Dividend | | | Sold | 07/23/09 | K | B | |
| 138. T Rowe Price Blue Chip | A | Dividend | | | Buy | 01/02/09 | K | | |
| 139. T Rowe Price Blue Chip | A | Dividend | | | Sold | 07/23/09 | K | B | |
| 140. Ridgeworth US Govt | A | Dividend | K | T | Buy | 10/13/09 | K | | |
| 141. Pimco Tot Retn Fund | A | Dividend | K | T | Buy | 10/13/09 | K | | |
| 142. Charles Schwab IRA #3 Rollover | | | | | | | | | |
| 143. Schwab Adv Cash Reserve | A | Dividend | K | T | | | | | |
| 144. Nokia | A | Dividend | K | T | Buy | 08/04/09 | K | | |
| 145. Wells Fargo | A | Dividend | | | Buy | 01/02/09 | J | | |
| 146. Wells Fargo | A | Dividend | | | Sold | 08/07/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part IV    Reimbursement related to meeting of Federal Judges Association of which the Judge is a member of the Board of Directors.

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544